ACCEPTED
14-14-00889-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 12:49:21 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00890-CR
# No. 14-14-00889-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/27/2015 12:49:21 PM

CHRISTOPHER A. PRINE
Clerk

IN THE

COURT OF APPEALS

FOR THE

FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

Cause nos. 1372460 & 1379135
In the 232nd District Court
of Harris County, Texas

## DANIEL EDISON
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

**AMENDED SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW, DANIEL EDISON.** Appellant in the above-captioned cause,

by and through his attorney of record, and respectfully moves the Court for an

extension of time in which to file the Appellant's Brief, as provided by TEX. R. APP. PROC. 10.5. In support hereof, Appellant would show unto the Court the following:

1. Appellant was found guilty in Cause Nos. 1372460 and 1379135.

2. Appeal was perfected when written notice of appeal was filed after Appellant was convicted by the judge after a sentencing hearing. This Court has the brief scheduled for filing on or before April 2, 2015.

3. Appellant requests an extension of 30 days, until May 2, 2015 in which to file the brief.

4. One previous extensions of time have been requested.

5. The facts relied upon to reasonably explain the need for an extension are those set forth below:

> Counsel handles many, many mental health matters in the Harris County criminal courts. Several critical issues have arisen in several cases, necessitating time taken that had been designated for the work on this and one other appeal. The brief in this matter is in progress and will be finished by week's end.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion, thereby extending the time for filing the Appellant's Brief by 30 days, until May 2, 2015 in the interest of both justice and judicial economy.

Respectfully submitted,

_____
PATTI SEDITA
State Bar No. 00787484
One Sugar Creek Center Blvd., #1045
Sugar Land, TX 77478
281.313.4225
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and copy of Motion for Extension of Time to File Appellant's Brief has been delivered to District Attorney - Appellate Division, 1201 Franklin, Houston, Texas 77002, via efiletex.gov, on this the 27th day of April 2015.

_____
PATTI SEDITA